IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS HALL,

    Petitioner,               No. CIV S-03-2335 RRB DAD P

    vs.

DAVID L. RUNNELS, Warden,

    Respondent.           ORDER

_____/

        Petitioner has requested appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). Counsel may be appointed at any stage of the case "if the interests of justice so require." 18 U.S.C. § 3006A. See also Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice require appointment of counsel at this time. Petitioner's request will be denied.

        Petitioner has also requested a copy of the docket for this case, an update on this case, and legal advice on state court proceedings. Petitioner's first request for a copy of the docket and for case status was denied on August 31, 2004, and petitioner was advised that no orders will issue in response to subsequent requests for case status. The docket reflects that the Clerk of the Court has repeatedly provided petitioner with information about obtaining a copy of

1

the docket.  Petitioner's duplicative requests will be denied.  Petitioner is informed that the court cannot give petitioner legal advice.

        Accordingly, IT IS HEREBY ORDERED that petitioner's June 27, 2006 requests for appointment of counsel, for case status, for a copy of the docket, and for legal advice are denied.

DATED: July 7, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
hall2335.110

2